# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

ADJABENG HAYFORD,

    Petitioner,

v.

                                    CV 526-467

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

## ORDER

Before the Court is Plaintiff's "Letter for a Request to Withdraw," dkt. no. 4, wherein Plaintiff states he does not wish to pursue this action at this time and seeks to withdraw his complaint. The Court construes the letter as a notice of voluntary dismissal. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 21 day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA